# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| KYLE VEAZEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. _____ |
| SPOTIFY, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1338, 1441, and 1446, Defendant Spotify USA Inc. (incorrectly sued as "Spotify") (hereinafter "Spotify") removes this action from the General Sessions Court of Knox County, Tennessee ("Tennessee State Court") to the United States District Court for the Eastern District of Tennessee.

This Court has original jurisdiction over this action because Plaintiff's cause of action for copyright infringement under the Copyright Act of 1976 ("Copyright Act") "arise[s] under the Constitution, laws or treaties of the United States[,]" 28 U.S.C. § 1331, and the federal courts have exclusive jurisdiction over "any claim for relief arising under any Act of Congress relating to . . . copyrights[,]" 28 U.S.C. § 1338(a). Thus, this Court must exercise federal-question jurisdiction.

## BACKGROUND

1. On August 26, 2025, Plaintiff commenced this action by filing a Civil Warrant against Spotify in the Tennessee State Court in the action styled *Kyle Veazey v. Spotify*, Case No. 86126K. Pursuant to 28 U.S.C. § 1446(a), Spotify has attached the Civil Warrant as **Exhibit 1** and the Statement of Claim—the only other document filed in the Tennessee State Court action—as **Exhibit 2**.

2. On September 2, 2025, Spotify received a copy of the Civil Warrant via service on its registered agent.

3. In the Civil Warrant, Plaintiff alleges one cause of action for "Copyright Infringement." (Ex. 1 at 1.) In his Statement of Claim, Plaintiff "charges Spotify [] with copyright infringement." (Ex. 2 at 1).

## VENUE

4. Plaintiff filed this action in the Tennessee State Court, which is located in the Eastern District of Tennessee. Venue is therefore proper in this Court pursuant to 28 U.S.C. § 1441(a) because the Court's geographic jurisdiction encompasses the county in which the state-court action is pending.

## TIMELY REMOVAL

5. Pursuant to 28 U.S.C. § 1446(b)(1), Spotify timely served this Notice of Removal. Spotify is filing this Notice of Removal within thirty days of its receipt of the Civil Warrant.

## GROUNDS FOR REMOVAL

6. Under 28 U.S.C. § 1331, United States district courts have original jurisdiction of "all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Under 28 U.S.C. § 1338, United states district courts have original jurisdiction of "any civil action arising under any Act of Congress relating to . . . copyrights[.]"

8. Federal courts have exclusive jurisdiction over claims for copyright infringement. *Ritchie v. Williams*, 395 F.3d 283, 285 (6th Cir. 2005).

9. Because Plaintiff asserts a cause of action for copyright infringement, (Ex. 1 at 1), this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338.

**WHEREFORE**, Spotify removes this action to this Court.

Respectfully submitted,

s/ Tim Warnock
Tim Warnock (TN 12844)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com

Keane Barger (TN 33196)
LOEB & LOEB LLP
901 New York Avenue NW
Suite 300 East
Washington, D.C. 20001
(202) 618-5000
(202) 618-5001 (facsimile)
kbarger@loeb.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via email and U.S. mail, postage prepaid, upon:

Kyle Veazey
148 Dana Lane
Chickamauga, GA 30707
veazeydkyle@gmail.com

this the 11th day of September, 2025.

s/ Tim Warnock